UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

D/F

---

Victor Andrews
*on behalf of himself and all others similarly situated,*

               Plaintiff,

-against-

American Spatula LLC,

               Defendant.

Case No.: 17-cv-766

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Victor Andrews, are hereby dismissed with prejudice, in their entirety, as against Defendant, American Spatula LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: May 22, 2017
       New York, New York

                                       Lee Litigation Group, PLLC
                                       30 East 39th Street, Second Floor
                                       New York, NY 10016
                                       Phone: (212) 465-1188

                                       _____
                                       C.K. Lee, Esq. (CL 4086)

SO ORDERED:

s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis, U.S.D.J.